UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CAREN HEDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-00633-DGK |
| | ) |
| HOME DEPOT USA INC. DBA HOME DEPOT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Caren Hedrick and Defendant Home Depot USA, Inc. hereby stipulate and agree that this case should be dismissed with prejudice, with each party to bear her/its own costs.

Respectfully submitted,

/s/ David A. Lunceford
David A. Lunceford   MO #47014
LUNCEFORD LAW FIRM, LLC
201 SE 1st Street
Lee's Summit, MO 64063
816.525.4701
816.347.0366
LLF.DLunceford@gmail.com

**ATTORNEYS FOR PLAINTIFF**

By: /s/ Shelley I. Ericsson
Shelley I. Ericsson   MO #48047
Sarah E. Jones   MO #71957
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
4520 Main Street, Suite 400
Kansas City, MO 64111
816.471.1301
816.471.1303 (*Facsimile*)
shelley.ericsson@ogletree.com
sarah.jones@ogletree.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2022, the foregoing was electronically filed with the Court Administrator through the CM/ECF system and service was made through the electronic filing system to:

David A. Lunceford   MO #47014
LUNCEFORD LAW FIRM, LLC
201 SE 1st Street
Lee's Summit, MO  64063
816.525.4701
816.347.0366
LLF.DLunceford@gmail.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Shelley I. Ericsson
**ATTORNEY FOR DEFENDANT**